No. 6429. EPLING, ADMINISTRATRIX v. M. T. EPLING Co. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 1121. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. v. VULCAN MATERIALS CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN are of the opinion that certiorari should be granted.

No. 1126. SARELAS v. BOARD OF MANAGERS OF THE CHICAGO BAR ASSN. Sup. Ct. Ill. Motion to dispense with printing petition granted. Certiorari denied.

No. 1146. STAMBLER ET AL. v. DILLON ET AL. C. A. 2d Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 1138. MICKEY ET AL. v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1148. HOWARD v. AMERICAN MAIL LINE, LTD. Sup. Ct. Ore. Certiorari denied. MR. JUSTICE BLACK, MR. JUSTICE DOUGLAS, and MR. JUSTICE BRENNAN are of the opinion that the judgment should be reversed. *Rogers* v. *Missouri Pacific R. Co.,* 352 U. S. 500.

No. 5115. LABATT v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.